UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
MAY 3 0 2017

CLERK

| | |
|---|---|
| TRAVIS RAY MCPEEK,<br><br>Plaintiff,<br><br>vs.<br><br>UNKNOWN PENNINGTON COUNTY OFFICERS, SGT. CASS, JAIL ADMINISTRATOR PAYER,<br><br>Defendants. | 4:17-CV-04015-RAL<br><br>OPINION AND ORDER DENYING MOTION TO APPOINT COUNSEL |

Plaintiff Travis R. McPeek ("McPeek"), an inmate at the Yankton County Jail in Yankton, South Dakota, filed this lawsuit pursuant to 42 U.S.C. § 1983 and amended his complaint. Doc. 1; Doc. 8. McPeek now moves this Court to appoint him counsel. Doc. 25.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). In determining whether to appoint counsel to a pro se litigant's civil case, the district court considers the complexity of the case, the ability of the litigant to investigate the facts, the existence of conflicting testimony, and the litigant's ability to present his claim. *Id.* McPeek's claims are not complex, and he appears able to adequately present his § 1983 claims at this stage of the case. Therefore, his motion is denied.

Accordingly, it is

ORDERED that McPeek's motion to appoint counsel (Doc. 25) is denied.

Dated May 30th, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE